

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

March 29, 1939

Mr. Charles H. Slaughter
County Attorney,
Martin County
Stanton, Texas

Dear Sir:

> Opinion No. 0-482
> Re: Consolidation of school
> districts

In your letter of March 11, 1939, you ask us for an opinion on the following questions:

"First - What provisions, if any, are there for the consolidation of two school districts when located in adjacent counties?

"Second - Where there is a high school in one county having an average daily attendance of 250 for the preceding year and an elementary or grammar school with an average attendance of 35 or 36 for the preceding year, located in the adjoining county, what are the provisions for consolidating the two schools?"

In reply to our request for more specific details you informed us on March 20th that the high school referred to in your second question was in a rural high school district, and the grammar school was in an independent school district.

Reply to your first question:

Article 2742b Sec. 6b of the Revised Civil Statutes of 1925, as amended, is the statute with respect to consolidation of school districts lying in adjoining counties. It provides for the consolidation of the following school districts by election under provisions of Article 2806, to-wit: Common school and common county line districts, and common school and common county line districts with a contiguous

independent district in same or adjoining counties.

Reply to your second question:

We find no provision in the statutes allowing the consolidation of a rural high school district in one county with an independent school district in another county. Article 2922aa R. C. S. provides for the consolidation of a rural high school district with a contiguous common school district, but does not extend to districts lying in different counties. Article 2742b Sec. 5b is the only provision in the statutes with respect to consolidation of school districts lying in different counties, and school districts in different counties, in order to be consolidated, would have to be the type therein set out.

Believing that this answers your question, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By    *Durward D Mahon*

Durward D. Mahon
Assistant

DDM-MR

APPROVED:

*J. W. Moore*

FIRST ASSISTANT ATTORNEY GENERAL